# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00711-CR
## NO. 03-15-00712-CR

**Frank Joseph, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-04-904186 & D-1-DC-04-904187
### HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frank Joseph, Jr., has filed pro se notices of appeal from the district court's orders denying his motions for DNA testing. The orders were signed by the district court on April 14, 2015. Joseph's notices of appeal were filed on November 12, 2015.

In a criminal case, the notice of appeal must be filed within 30 days after the day the trial court enters an appealable order.[1] Joseph's notices of appeal are untimely. Absent a timely filed notice of appeal, this Court lacks jurisdiction to dispose of an appeal in any manner other than by dismissing it for want of jurisdiction.[2] Accordingly, we dismiss the appeals for want of jurisdiction.[3]

---

[1] *See* Tex. R. App. P. 26.2(a)(1).

[2] *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519 (Tex. Crim. App. 1996).

[3] In each appeal, Joseph has filed a pro se "motion for correction of remediable errors." Because we lack jurisdiction over these appeals, we dismiss those motions as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   December 17, 2015

Do Not Publish